Greg S. Como (013187) como@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Denise Bucholtz a.k.a. Denise Velders,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>The Hartford Life and Accident Insurance Company; Deluxe Corporation; Group Long Term Disability Plan for Employees of Deluxe Corporation,<br><br>　　　　Defendants. | No. 11-cv-01043-SRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and defendants hereby stipulate to the dismissal of all of plaintiff's claims against the defendants, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED November 9, 2011.

| | |
|---|---|
| **SCOTT E. DAVIS, P.C.** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| By/s/ Scott E. Davis_____<br>　　Scott E. Davis<br>Attorneys for Plaintiffs | By /s/ Greg S. Como_____<br>　　Greg S. Como<br>Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo_____.

4823-3099-3933.1